UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| T.E. BRIGGS CONSTRUCTION, CO., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:24-cv-01430-RSL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the time for defendant National Fire & Marine Insurance Company to respond to the complaint is extended through and including November 5, 2024.

Dated: October 3, 2024

| | |
|---|---|
| HARPER HAYES PLLC<br><br>By: /s/ *Thomas M. Williams*<br>Thomas M. Williams<br>Attorneys for Plaintiff | ROPERS MAJESKI PC<br><br>By: /s/ *Andrew L. Margulis*<br>Andrew L. Margulis<br>Attorneys for Defendant |

Dated this 4th day of October, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER FOR EXTENSION- 1

ROPERS MAJESKI PC
Attorneys at Law
800 Third Avenue
29th Floor
New York, New York  10022
212.668.5927